# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )  Criminal No.  *04 - 10314-RCL* |
| | ) |
| v. | )  VIOLATIONS: |
| | ) |
| (1) MANUEL E. PINALES, | )  21 U.S.C. § 846 |
| (2) JOSE ANTONIO CRUZ, | )  Conspiracy to Distribute Cocaine |
|     a/k/a "Eduardo LNU" | ) |
| (3) LUIS R. CLAS, | )  21 U.S.C. §§ 841 (a)(1) |
|     a/k/a "Cuba" | )  Distribution of Cocaine and Possession with |
| (4) RICHARD PENA, and | )  Intent to Distribute |
| (5) TAJH M. WHITE | ) |
| | )  18 U.S.C. § 2 |
| | )  Aiding and Abetting |
| | ) |

## INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine)**

The Grand Jury charges that:

From in or about June 2004, and continuing thereafter until on or about October 6, 2004, the date of this Indictment, at Boston, Fall River, New Bedford and elsewhere in the District of Massachusetts, and elsewhere

### (1) MANUEL E. PINALES,
### (2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
### (3) LUIS R. CLAS a/k/a "Cuba,"
### (4) RICHARD PENA, and
### (5) TAJH M. WHITE

defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.  Accordingly, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2—Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

**(1) MANUEL E. PINALES and**
**(3) LUIS R. CLAS a/k/a "Cuba"**

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute

cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams

or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II

controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies

to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United

States Code, Section 2.

3

**COUNT THREE:**    **(21 U.S.C. § 841(a)(1)–Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2—Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

**(5) TAJH M. WHITE**

defendant herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**    **(21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2—Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 29, 2004, at Boston, in the District of Massachusetts,

**(1) MANUEL E. PINALES and**
**(3) LUIS R. CLAS a/k/a "Cuba"**

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the narcotics offenses alleged in Counts One through Four of this Indictment,

**(1) MANUEL E. PINALES,**
**(2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"**
**(3) LUIS R. CLAS a/k/a "Cuba,"**
**(4) RICHARD PENA, and**
**(5) TAJH M. WHITE**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 853.

6

**A TRUE BILL,**

_____

FOREPERSON OF THE GRAND JURY

_____

MAUREEN B. HOGAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS:        October 6, 2004

Returned into the District Court by the Grand Jurors and filed.

_____

Deputy Clerk        2:07 pm

7

JS 45  (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II_____  **Investigating Agency** DEA_____

**City** Boston_____  **Related Case Information:**

**County** Suffolk_____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

### Defendant Information:

Defendant Name  Tajh M. White_____        Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address  Unknown_____

Birth date (Year only): 76___  SSN (last 4 #): 9376___ Sex M_ Race: _____  Nationality: _____

**Defense Counsel if known:** _____  Address: _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Maureen B. Hogan_____        **Bar Number if applicable** _____

Interpreter:  ☒ Yes ☐ No        List language and/or dialect:  Spanish_____

Matter to b▇▇▇▇▇▇▇▇▇▇  ☐ No

▇▇▇▇▇▇▇▇Requested▇▇  ☐ Regular Process        ☐ In Custody

### Location Status:

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony  1_____

### Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** October 6, 2004        **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** __Tajh M. White__ _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  __18 U.S.C. § 841__ | __Possession with Intent to Distribute Cocaine__ | __Three__ |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __II__    Investigating Agency __DEA__

City   __Boston__                    **Related Case Information:**

County   __Suffolk__                 Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Richard Pena__                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   __7 Knight Street, Apt. 2R, Hyde Park, MA__

Birth date (Year only): __48__    SSN (last 4 #): __4363__  Sex __M__ Race:   __Hipsanic__    Nationality: __Dominican__

**Defense Counsel if known:** _____    Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   __Maureen B. Hogan__                    Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect:   __Spanish__

Matter to be ████████████████   ☐ No

████████████████        ☐ **Regular Process**                    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**      ☐ **Complaint**      ☐ **Information**      ☒ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☐ **Felony** __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☑        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   **October 6, 2004**      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Richard Pena

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _II_   **Investigating Agency** _DEA_

**City**   _Boston_                                  **Related Case Information:**

**County**   _Suffolk_                      Superseding Ind./ Inf. _____   Case No. _____
                                            Same Defendant _____   New Defendant _____
                                            Magistrate Judge Case Number _____
                                            Search Warrant Case Number _____
                                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   _Luis R. Clas_                          Juvenile   ☐ Yes   ☒ No

Alias Name   _Cuba_

Address   _115 Navarre Street, Floor 2, Hyde Park, MA_

Birth date (Year only):  _47_   SSN (last 4 #):  _6636_  Sex _M_  Race:   _Hipsanic_   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   _Maureen B. Hogan_                  **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No        **List language and/or dialect:**   _Spanish_

Matter to be ▓▓▓▓▓▓▓▓▓▓▓▓   ☐ **No**

▓▓▓▓▓▓▓▓▓▓▓▓        ☐ **Regular Process**                    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____  in _____.
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____   on _____

**Charging Document:**   ☐ **Complaint**   ☐ **Information**   ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☐ **Felony**   _3_

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  October 6, 2004       **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Luis R. Clas _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | 18 U.S.C. § 841 | Distribution of Cocaine | Two and Four |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II _____   **Investigating Agency** DEA _____

**City** Boston _____          **Related Case Information:**

**County** Suffolk _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

**Defendant Name** Jose Antonio Cruz _____      Juvenile  ☐ Yes  ☒ No

**Alias Name** Eduardo _____

**Address** Bronx, NY _____

Birth date (Year only): 74   SSN (last 4 #): _____   Sex M   Race: Hipsanic   Nationality: Dominican

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Maureen B. Hogan _____   **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No      **List language and/or dialect:** Spanish _____

Matter to be ▓▓▓▓▓▓▓▓▓▓   ☐ No

▓▓▓▓▓▓▓▓▓▓   ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☐ Felony 1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** October 6, 2004      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Antonio Cruz _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. II _____    Investigating Agency  DEA _____

City  Boston _____    **Related Case Information:**

County  Suffolk _____    Superseding Ind./ Inf. _____    Case No. _____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

### Defendant Information:

Defendant Name  Manuel E. Pinales _____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address   1828 River Street, Hyde Park, MA _____

Birth date (Year only):  63 ___    SSN (last 4 #):  4818 ___ Sex  M  Race:   Hipsanic _____    Nationality:  Dominican ___

**Defense Counsel if known:** _____    Address: _____
                                                              _____

**Bar Number:** _____

### U.S. Attorney Information:

AUSA  Maureen B. Hogan _____    Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    Spanish _____

Matter to b▬▬▬▬▬▬▬▬▬ ☐ No

▬▬▬▬▬▬▬▬▬    ☐ Regular Process    ☐ In Custody

### Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony   3 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  October 6, 2004        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Manuel E. Pinales _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 846 | Conspiracy to Distribute Cocaine | One |
| Set 2  18 U.S.C. § 841 | Distribution of Cocaine | Two and Four |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**