UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) MANUEL E. PINALES<br>(2) JOSE ANTONIO CRUZ<br>    a/k/a "Eduardo LNU"<br>(3) LUIS R. CLAS,<br>    a/k/a "Cuba"<br>(4) RICHARD PENA.<br><br>Defendants. | CRIMINAL ACTION NO.: 04-CR-10314(RCL) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as attorney for the defendant Jose Eduardo Rodriguez Manaya a/k/a Jose Antonio Cruz, a/k/a 'Eduardo LNU" in the above-entitled civil proceeding.

Dated: October 27, 2004

Douglas K. Mansfield
BBO No. 318320
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

2000.0/335709.1