UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

(1) MANUEL E. PINALES
(2) JOSE ANTONIO CRUZ
    a/k/a "Eduardo LNU"
(3) LUIS R. CLAS,
    a/k/a "Cuba"
(4) RICHARD PENA.

    Defendants.

CRIMINAL ACTION NO.: 04-CR-10314(RCL)

FEE PAID:

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

Pursuant to Local Rule 83.5.3, Douglas K. Mansfield, a member of the bar of this Court, hereby moves the admission of Jack G. Goldberg, a member of the bar of the State of New York, to appear and practice in this Court on behalf of the defendant Jose Eduardo Rodriguez Manaya a/k/a Jose Antonio Cruz, a/k/a 'Eduardo LNU" for all purposes in the captioned matter. The Certificate of Mr. Goldberg is attached hereto.

Dated: October 27, 2004

                                        Douglas K. Mansfield
                                        BBO No. 318320
                                        CASNER & EDWARDS, LLP
                                        303 Congress Street
                                        Boston, MA  02210
                                        617/426-5900

2000.0/335708.1