UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>(1) MANUEL E. PINALES<br>(2) JOSE ANTONIO CRUZ<br>        a/k/a "Eduardo LNU"<br>(3) LUIS R. CLAS,<br>        a/k/a "Cuba"<br>(4) RICHARD PENA.<br><br>    Defendants. | CRIMINAL ACTION NO.: 04-CR-10314(RCL) |

## CERTIFICATE OF JACK G. GOLDBERG

1.  I am Jack G. Goldberg, 225 Broadway, Suite 905, New York, New York, 10007, and I seek admission to the United States District Court for the District of Massachusetts pro hac vice for all purposes in this case.

2.  I am a member of the bar of the State of New York, and I am admitted to practice before the United States District Courts for the District of Columbia and the Southern, Eastern, and Northern Districts of New York and before the U.S. Courts of Appeals for the District of Columbia and Second Circuits. I am in good standing in the bar of every jurisdiction where I have been admitted to practice.

3.  I am familiar with the local rules of the United States District Court for the District of Massachusetts, and I agree to comply with those rules.

- 2 -

4.  Local counsel will be Douglas K. Mansfield of Casner & Edwards, LLP, 303 Congress Street, Boston, MA 02210.

Dated: October 26, 2004

Jack G. Goldberg, Esq.
225 Broadway, Suite 905
New York, NY 10007

20000.0/335710.1