# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

04-10314-RCL

DATE: MARCH 26, 2004.

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.   02210

RE: USA - v - JOSE EDUARDO RODRIGUEZ MINAYA

SDNY MAG. DOCKET #   04 MAG. 1958

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(XXXXX)  1. DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(    )   2. DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT.  BOND ENCLOSED.

(    )   3. PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

(    )   4. COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3) DOCUMENTS ON COPY OF THIS LETTER.

J. MICHAEL MCMAHON
CLERK OF COURT

BY _____
DEPUTY CLERK

GILBERT QUAN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES COURTHOUSE
500 PEARL STREET
ROOM 520
NEW YORK, NEW YORK 10007

DATE: MARCH 26, 2004.

CLERK,
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
1 COURTHOUSE WAY
BOSTON, MA.   02210

RE: USA - v - JOSE EDUARDO RODRIGUEZ MINAYA

SDNY MAG. DOCKET # 04 MAG. 1958

DEAR SIR/MADAM:

REFERRING TO THE ABOVE CAPTIONED MATTER, PLEASE BE ADVISED, FOR RECORD PURPOSES, THAT THIS MATTER HAS BEEN DISPOSED OF AS FOLLOWS:

(XXXXX)   1.   DEFENDANT (UPON WAIVER OF HEARING) REMANDED TO THE U.S. MARSHAL FOR REMOVAL.

(    )    2.   DEFENDANT (UPON WAIVER OF HEARING) BAILED FOR HIS APPEARANCE IN YOUR DISTRICT.  BOND ENCLOSED.

(    )    3.   PROCEEDINGS DISMISSED INCIDENT TO TURNOVER OF DEFENDANT IN STATE EXTRADITION PROCEEDING.

(    )    4.   COMPLAINT DISMISSED BY YOUR DISTRICT.

YOURS TRULY,

PLEASE ACKNOWLEDGE RECEIPT OF RULE 5(c)(3)
DOCUMENTS ON COPY OF THIS LETTER.

J. MICHAEL MCMAHON
CLERK OF COURT

BY _____
DEPUTY CLERK

GILBERT QUAN

CLOSED

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:04-mj-01958-ALL
Internal Use Only

Case title: USA v. Eduardo Rodriguez Minaya
Other court case number(s): None
Magistrate judge case number(s): None

Date Filed: 10/08/04

Assigned to:
Referred to:

**Defendant(s)**

Jose Eduardo Rodriguez Minaya (1)
TERMINATED: 10/12/2004

represented by **Jack Goldberg**
225 Broadway
Suite 905
New York, NY 10007
(212) 227-1900
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841:POSSESS WITH INTENT TO DISTRIBUTE COCAINE; , 21:846: CONSPIRACY TO POSSESS, AND TO POSSESS WITH INTENT TO DISTRIBUTE

**Disposition**

COCAINE.

**Plaintiff**

USA
                      represented by **Christopher Louis Garcia**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
212-637-1022
Fax : 2126372527
Email: christopher.garcia@usdoj.gov
*LEAD ATTORNEY*

| Filing Date | # | Docket Text |
|---|---|---|
| 10/08/2004 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Massachusetts) of Marlow Luna, Special Agent, Drug Enforcement Administration, as to Jose Eduardo Rodriguez Minaya. (Signed by Judge Frank Maas on 10/8/2004) (gq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | Arrest (Rule 5(c)(3)) of Jose Eduardo Rodriguez Minaya. (gq, ) (Entered: 10/12/2004) |
| 10/08/2004 | 2 | NOTICE OF ATTORNEY APPEARANCE: Jack Goldberg by Alexei Schacht appearing for Jose Eduardo Rodriguez Minaya. (gq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | Minute Entry for proceedings held before Judge Frank Maas :Initial Appearance as to Jose Eduardo Rodriguez Minaya held on 10/8/2004. (gq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | Minute Entry for proceedings held before Judge Frank Maas :Initial Appearance in Rule 5(c)(3) Proceedings as to Jose Eduardo Rodriguez Minaya held on 10/8/2004. Appearance entered by Jack Goldberg by Alexei Schacht for Jose Eduardo Rodriguez Minaya on behalf of defendant. Detention on consent without prejudice. Mr. Schacht standing in unwilling to waive identity hearing, but it may be waived once Mr. Goldberg confers with AUSA Garcia. Identity hearing set for 10/14/2004 noon. (gq, ) (Entered: 10/12/2004) |
| 10/08/2004 | 3 | ORDER OF REMOVAL from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts, as to Jose Eduardo Rodriguez Minaya. (Signed by Judge Frank Maas on 10/8/2004)(gq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | ***Case Terminated as to Jose Eduardo Rodriguez Minaya.(gq, ) (Entered: 10/12/2004) |
| 10/12/2004 |  | ***Terminated defendant Jose Eduardo Rodriguez Minaya.(gq, ) (Entered: 10/12/2004) |
| 10/12/2004 |  | RULE 5(c)(3) DOCUMENTS SENT as to Jose Eduardo Rodriguez Minaya from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts. Sent original file along with documents numbered 1-3, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of |

acknowledgment, on 10/12/2004. (gq, ) (Entered: 10/12/2004)

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

— v. —

JOSE EDUARDO RODRIGUEZ
MINAYA,

　　　　Defendant.

- - - - - - - - - - - - - - - - x



04 MAG 1958

RULE 5(C)(3) AFFIDAVIT



SOUTHERN DISTRICT OF NEW YORK, ss.:

　　　　MARLOW LUNA, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

　　　　On or about October 6, 2004, the United States District Court for the District of Massachusetts issued a Warrant for the Arrest of "Jose Antonio Cruz" (the "Arrest Warrant"). The Arrest Warrant was issued based upon an Indictment charging "Jose Antonio Cruz" with conspiracy to possess, and to possess with intent to distribute, cocaine, in violation of Title 21, United States Code, Sections 841(B)(1)(A) and 846. A copy of the Arrest Warrant and Indictment are attached hereto as Exhibits A and B, respectively.

　　　　I believe that JOSE EDUARDO RODRIGUEZ MINAYA, the defendant, who was arrested on October 8, 2004, in the Southern District of New York, is the same individual as the "Jose Antonio Cruz" who is wanted in the District of Massachusetts.

　　　　The bases for my knowledge and for the foregoing charge are, in part, as follows:

　　　　1. I am currently assigned to the New York Field Division of the DEA. This affidavit is based in part on my conversations with other persons and law enforcement officers and my review of reports and records. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned relating to JOSE EDUARDO RODRIGUEZ MINAYA, the defendant. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part,

A TRUE COPY,
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

unless otherwise indicated.

2. In or about July 2004, I was contacted by a DEA Agent with the New England Field Division ("Agent-1") and informed that his office had begun an investigation of an individual observed selling and distributing cocaine in and around Boston, Fall River, and New Bedford, Massachusetts. On or about July 19, 2004, that individual was the subject of a traffic stop and produced identification in the name "Jose Antonio Cruz."

3. Subsequently, the car in which "Jose Antonio Cruz" was stopped was outfitted with a Global Positioning System ("GPS"). The GPS indicated that the car was eventually driven to a residence in the Bronx, New York. Agent-1 provided me with a photograph of "Jose Antonio Cruz" and the Bronx address where the car was located as well as a description of the car.

4. At various times in or about August 2004, I conducted surveillance with other agents at the Bronx address provided to me by Agent-1. I saw an individual matching the photograph of "Jose Antonio Cruz" given to me by Agent-1 entering and exiting the address. I also witnessed the same individual entering and exiting the car described to me by Agent-1.

5. On or about October 6, 2004, I learned that "Jose Antonio Cruz" was wanted on an indictment out of the District of Massachusetts. On or about October 8, 2004, I went with other agents to the Bronx address of "Jose Antonio Cruz" mentioned above. The car that had previously been outfitted with a GPS and that had been described to me by Agent-1 was parked in the driveway to the residence. When we knocked on the door to the residence, "Jose Antonio Cruz" answered. "Jose Antonio Cruz" identified himself as JOSE EDUARDO RODRIGUEZ MINAYA, the defendant, and informed me that he is typically called "Eduardo," one of the aliases listed in the attached indictment.

6. For all the foregoing reasons, I believe that JOSE EDUARDO RODRIGUEZ MINAYA, the defendant, is "Jose Antonio Cruz," the subject of the Arrest Warrant.

2

WHEREFORE, deponent prays that JOSE EDUARDO RODRIGUEZ MINAYA, the defendant, be imprisoned or bailed as the case may be.

MARLOW LUNA
Special Agent
United States Drug Enforcement Administration

Sworn to before me this
8th day of October, 2004.

HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

MANUEL E. PINALES,
JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
LUIS R. CLAS a/k/a "Cuba,"
RICHARD PENA, and ■■■■■■■■

**WARRANT FOR ARREST**
Case Number: 04-10314-RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JOSE ANTONIO CRUZ**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine**

in violation of Title _____ United States Code, Section(s) 846

Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Boston, MA;  OCT - 6 2004
Date and Location

BY HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse - Suite 6420
1 Courthouse Way
Boston, MA 02210

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2004 OCT -7 A 8:5_

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____

| RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) MANUEL E. PINALES,<br>(2) JOSE ANTONIO CRUZ,<br>   a/k/a "Eduardo LNU"<br>(3) LUIS R. CLAS,<br>   a/k/a "Cuba"<br>(4) RICHARD PENA, and<br>▬▬▬▬▬▬▬▬▬ | Criminal No. 04-CR-10314 RCL<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>Conspiracy to Distribute Cocaine<br><br>21 U.S.C. §§ 841 (a)(1)<br>Distribution of Cocaine and Possession with Intent to Distribute<br><br>18 U.S.C. § 2<br>Aiding and Abetting |

### INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 – Conspiracy To Distribute Cocaine)

The Grand Jury charges that:

From in or about June 2004, and continuing thereafter until on or about October 6, 2004, the date of this Indictment, at Boston, Fall River, New Bedford and elsewhere in the District of Massachusetts, and elsewhere

(1) MANUEL E. PINALES,
(2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
(3) LUIS R. CLAS a/k/a "Cuba,"
(4) RICHARD PENA, and
▬▬▬▬▬▬▬▬▬

defendants herein, did knowingly and intentionally conspire, combine, confederate and agree with each other and with persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:   (21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

**(1) MANUEL E. PINALES and
(3) LUIS R. CLAS a/k/a "Cuba"**

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:** (21 U.S.C. § 841(a)(1)–Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2—Aiding and Abetting)

The Grand Jury further charges that:

On or about September 27, 2004, at Boston, in the District of Massachusetts,

▬▬▬▬▬▬

defendant herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**  (21 U.S.C. § 841(a)(1)--Distribution of Cocaine; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about September 29, 2004, at Boston, in the District of Massachusetts,

(1) MANUEL E. PINALES and
(3) LUIS R. CLAS a/k/a "Cuba"

defendants herein, knowingly and intentionally did possess with intent to distribute and did distribute cocaine, a Schedule II controlled substance.

It is further alleged that the offense described herein involved five hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

# FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the narcotics offenses alleged in Counts One through Four of this Indictment,

> (1) MANUEL E. PINALES,
> (2) JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"
> (3) LUIS R. CLAS a/k/a "Cuba,"
> (4) RICHARD PENA, and
> ▮▮▮▮▮▮▮▮▮▮▮▮

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 18, United States Code, Section 853.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against
JOSE RODRIGUEZ

(Alias) _____

_____

Please PRINT Clearly

[Stamp: OCT 0 8 2004, S.D. OF N.Y.]

04 Mag. 1958
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO._____ YR._____

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE_____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
JACK GOLDBERG BY: ALEXEI SCHACHT
Attorney for Defendant
225 BROADWAY
Firm name if any
STE 905
Street address
NY    NY    10007
City        State       Zip
(   ) 212-227-1900
Telephone No

10/8/04

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

✓ Christopher Garcia
AUSA

## DISPOSITION SHEET

DATE OF ARREST 10/8  ☐ VOL. SURRENDER
TIME OF ARREST 1:15 PM  ☐ ON WRIT
TIME OF PRESENTMENT 6:30 PM

MAGISTRATE'S DOCKET NUMBER 04M1958

PROCEEDING: ☐ Rule 5  ☐ Rule 9  ☐ Rule 40  ☐ Detention Hearing  ☒ Other: Rule 5(c)(3) (District of Massachusetts)

☐ INTERPRETER NEEDED  LANGUAGE: _____

DEFENDANT'S NAME: Jose Eduardo Rodriguez Minaya
COUNSEL'S NAME: Alexei Schacht   ☒ RETAINED  ☐ LEGAL AID  ☐ CJA

### BAIL DISPOSITION

☒ DETENTION ☒ ON CONSENT W/O PREJUDICE  ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR ____
☐ AGREED BAIL PACKAGE
☐ $_____ PRB
☐ _____ FRP
☐ $_____ CASH/PROPERTY: ____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL  ☐ STRICT PRETRIAL  ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ ELECTRONIC MONITORING:
CONDITIONS: ____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS: ____

REMAINING CONDITIONS TO BE MET BY ____
☐ OTHER:

Mr. Schacht standing in unwilling to waive identity hearing, but it may be waived once Mr. Goldberg confers with AUSA Garcia

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

FOR RULE 40 CASES:
☐ ID HEARING WAIVED
☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING WAIVED
☐ ON DEFENDANT'S CONSENT

DATE FOR ~~PRELIMINARY~~ IDENTITY HEARING 10/14 NOON
COMMENTS AND ADDITIONAL PROCEEDINGS: ____  ☐ ON DEFENDANT'S CONSENT

DATE 10/8/2004

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE  PINK - U.S. ATTORNEY'S OFFICE  YELLOW - U.S. MARSHAL  GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

AO 94 (Rev. 8/97) Commitment to Another District

**ORIGINAL**

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA
V.
JOSE EDUARDO RODRIGUEZ MINAYA

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 04 MAG 1958 | 04-CR-10314 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify) RULE 40 AFFIDAVIT

charging a violation of TITLE 21 U.S.C. § 841 (b) (1) (a) & 746

**DISTRICT OF OFFENSE**
MASSACHUSETTS

**DESCRIPTION OF CHARGES:**

Conspiracy to posses, and to possess with intent to distribute cocaine.

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** X Retained Own Counsel ☐ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language: Spanish

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10/08/04
Date

_United States Judge or Magistrate Judge_

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY |

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK