UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04 CR 10314 RCL |
| | ) | |
| (1) MANUEL E. PINALES, | ) | |
| (2) JOSE ANTONIO CRUZ, | ) | |
|     a/k/a "Eduardo LNU" | ) | |
| (3) LUIS R. CLAS, | ) | |
|     a/k/a "Cuba" | ) | |
| (4) RICHARD PENA, and | ) | |
| (5) TAJH M. WHITE | ) | |
| | ) | |

**MOTION TO CONTINUE DETENTION HEARING**

The United States of America and the Defendant Jose Antonio Cruz hereby move this

Court to continue the detention hearing presently scheduled for November 18, 2004 to 11:00

a.m. on November 22, 2004.

Dated: November 15, 2004                    Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:    /s/ Maureen B. Hogan
                                            Maureen B. Hogan
                                            Assistant U.S. Attorney


                                            TAJH M. WHITE
                                            By his attorney,

                                            /s/ Jack G. Goldberg
                                            Jack G. Goldberg, Esq.
                                            225 Broadway, Suite 905
                                            New York, NY 10007