UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 03 CR 10181 NG |
| ) | |
| MARIA LORENA BARROSO,   ) | |
| et. al.                 ) | |
| ) | |

## ASSENTED TO MOTION TO EXCLUDE TIME

The United States, with the assent of the defendants in the above-referenced action, respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from May 25, 2005, through and including September 14, 2005, the date of the now scheduled final status conference. This continuance is necessary to allow the government to obtain and provide additional discovery, namely evidence from Colombia, and to allow the defendants time to review said discovery.

Accordingly, exclusion of this time period serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                                  By:   /s/ Maureen B. Hogan
                                         Maureen B. Hogan
                                         Assistant U.S. Attorney

Dated: August 18, 2005