UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04 CR 10314 RCL |
| | ) | |
| (1) MANUEL E. PINALES, | ) | |
| (2) JOSE ANTONIO CRUZ, | ) | |
|     a/k/a "Eduardo LNU" | ) | |
| (3) LUIS R. CLAS, | ) | |
|     a/k/a "Cuba" | ) | |
| (4) RICHARD PENA, and | ) | |
| (5) TAJH M. WHITE | ) | |
| | ) | |

GOVERNMENT'S MOTION TO EXCLUDE TIME FROM
JULY 27, 2005 THROUGH AND INCLUDING SEPTEMBER 8, 2005
AS TO DEFENDANTS CRUZ, CLAS, PENA and WHITE

    The United States, with the assent of defendants Cruz, Clas, Pena and White, respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from July 27, 2005, through and including September 8, 2005, the date of the next scheduled status conference.  This continuance is necessary to allow the government to provide additional discovery to the defendants and to allow the defendants to review said materials. As such, this continuance serves the interests of justice.

    For the foregoing reasons, exclusion of this time period

serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/ Maureen B. Hogan
                                 Maureen B. Hogan
                                 Assistant U.S. Attorney

Dated: August 18, 2005