FILED
IN CLERKS OFFICE.

9/22/05

Honorable Judge Lindsey

2005 SEP 26 P 3:16

U.S. DISTRICT COURT
DISTRICT OF MASS

Dear judge   How are you   I Hope by the time
when you receive this letter   you doing well


My name is
Richar peña   ID 03576
I'm writing to Ask you For a Favor
Right now I need to Change my Lawyer
because My Family They Can't keep paing Him
Anymore   we don't Have not money to pay His
Serve.   I Hope you Can Help me to Change
Mr. Barry P. Wilson.

That's it   my Case namber
04-10314-PCL

Senceley

Richar peña