UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04 CR 10314 RCL |
| | ) | |
| JOSE EDUARDO RODRIGUEZ | ) | |
| | ) | |

## MOTION TO CONTINUE ARRAIGNMENT

      The United States of America and the Defendant Jose Eduardo Rodriguez hereby move this Court to continue defendant Rodriguez's arraignment on the First Superseding Indictment to November 15, 2005 at 3:00 p.m. As reasons therefore, the parties state that counsel for the defendant, Jack Goldberg, is unavailable on October 21, 2005 and must travel from New York to be present for the arraignment. Both the government and Mr. Goldberg are available for the arraignment on November 15, 2005. Wherefore, the parties respectfully request that the arraignment of defendant Rodriguez be rescheduled to November 15, 2005 at 3:00 p.m.

Dated: October 18, 2005    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Maureen B. Hogan
       Maureen B. Hogan
       Assistant U.S. Attorney


       JOSE ANTONIO CRUZ
       By his attorney,

       /s/ Jack G. Goldberg
       Jack G. Goldberg, Esq.
       225 Broadway, Suite 905
       New York, NY 10007