UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Boston)

| | |
|---|---|
| United States | ) |
| | ) |
| v. | )   1:04-cr-10314-RCL |
| | ) |
| Jose Antonio Cruz | ) |
| | ) |

APPEARANCE

Please enter my Appearance as counsel of record for Jose Antonio Cruz, the defendant in the above-captioned matter.

The defendant is presently incarcerated at the Essex County Correctional Facility, 20 Manning Avenue, PO Box 807, Middleton, MA 01949-2807.

I hereby certify that I have this day served a copy of this Appearance upon Albert F. Cullen, Jr., Esquire, and Assistant U.S. Attorney Maureen B. Hogan record electronically and that I have mailed a copy to the defendant.

Dated: February 22, 2006         /s/ Paul J. Haley
                                 Paul J. Haley, MA BBO 217280
                                 Law Office of Paul J. Haley
                                 PO Box 1868
                                 Hillsboro, NH 03244
                                 (603) 478-7878