AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

UNITED STATES OF AMERICA

2006 APR 14 A 8: 26

v.

WARRANT FOR ARREST
Case Number: 04-10314-RCL

**MANUEL E. PINALES,**
**JOSE ANTONIO CRUZ a/k/a "Eduardo LNU,"**
**LUIS R. CLAS a/k/a "Cuba,"**
**RICHARD PENA, and TAJH M. WHITE**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **JOSE ANTONIO CRUZ**
                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Distribute Cocaine**

in violation of Title ___21___ United States Code, Section(s) **846**

Name of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

Signature of Issuing Officer

Boston, MA;
Date and Location

Bail fixed at $ _____   BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |