Jose E. Rodriguez
Norfolk county sheriff's
200 West st. P.O. Box 149
Dedham, ma 02027
#ID 30979

Judge Lindsay
United States courthouse
One Courthouse way, suite 5130
Boston, ma. 02210

Dear Judge

    Although the pre-sentence report will include most of the information relevante to my upcoming sentencing hearing, I wanted to go a little further and provide some information about myself (in my own words) which i hope will be useful in determining my sentence.

    Your Honor, i want you to know that I am fully aware that what i did was wrong. I know there are no excuses for what i did. Being here and seen the people coming in on drugs and thinking clearly i often wish i could go back in time to the point in my life where i chose the easy way out and decided to sell drugs. If i knew then what i know now, i truly belive i would not have chosen the path i chose. I belive if i had a positive role model to instill positive values instead of being surrounded by drug-pushers and living in the city of New York in where every coner there are drug-dealers, i would have turned out differently, but no ones is to blame but myself. Even still after my arrest i consider myself one of the lucky ones. Most of the kids i grew up our hanged out with are either dead, smoking crack-cocaine, or shooting heroin. Untill recently i have never fully understood the devastation drugs have and how farreaching its destruction can be. I now see drugs as a fatal disease and i am disgusted and ashamed with myself for ever playing a role and contributing to the spread of its disease. Although i never used (drugs) i am sure it would have only been a mather of time. Being arrested could quite possibly have saved my life.

Since my incarceration I have a whole new outlook on life. I have a positive attitude in prison and in fact so much so, that i was allowed to be a worker in the unit where i was in Middleton correctional Facility, i also been offer to work in Norfolk correctional but turned it down because it interfere's with my reading and bible study.

I have solid plans for my release, which include working with my wife so we can give are kids the best in live. I plan on getting myself involved as a mentor to young kids who need guidance and a positive role model. I want my esperience to benefit kids so that they won't choose the life that i chose in the past.

Your Honor, i pray to god that you will take all of my circumstances into consideration at the time of my sentencing, and be as lenient as you see fit. I am looking forward to a new life. I have family and friends who support me and i have solid realistic goals. I feel that i am still young enough to have a quality life and that i have a lot to offer to society.

Thank you for taking the time to read this letter.

Very truly yours,

Jose E. Rodriguez

cc Paul J. Haley